**Exhibit A**

Table of Last-Observed Infringements by Defendants of Devils Film's Copyright in the Motion Picture "Teacher's Got A Tight Pussy 3," Copyright Reg. No. in process. Copyright Application Service Request No. 1-693221843 filed on 2011-12-01.

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 100.3.120.145 | 2011-12-22 15:55:16 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 2 | 108.33.113.169 | 2011-12-14 21:15:16 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 3 | 108.33.63.67 | 2011-12-24 13:12:35 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 4 | 108.33.77.222 | 2012-01-03 12:54:30 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 5 | 108.9.102.209 | 2011-12-24 19:46:07 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 6 | 108.9.107.135 | 2012-01-15 18:36:42 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 7 | 108.9.135.30 | 2011-12-22 01:48:27 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 8 | 108.9.230.131 | 2012-01-03 16:34:58 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 9 | 108.9.251.150 | 2012-01-11 18:32:54 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 10 | 108.9.54.57 | 2011-12-22 00:39:34 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 11 | 173.132.164.200 | 2012-01-13 16:41:46 -0500 | Sprint PCS | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 12 | 173.168.129.70 | 2012-01-14 13:18:30 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 13 | 173.168.155.136 | 2012-01-03 23:59:54 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 14 | 173.168.161.84 | 2011-12-17 21:45:35 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 15 | 173.168.35.26 | 2011-12-17 15:50:16 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 16 | 173.168.77.90 | 2011-12-21 08:31:10 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 17 | 173.169.138.35 | 2011-12-30 17:04:05 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 18 | 173.169.255.201 | 2012-01-04 15:15:39 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 19 | 173.170.169.207 | 2011-12-29 19:47:05 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 20 | 173.171.161.88 | 2011-12-23 01:17:43 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 21 | 173.171.164.16 | 2011-12-20 23:13:59 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 22 | 173.171.201.8 | 2012-01-04 14:53:33 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 23 | 173.171.223.119 | 2011-12-18 19:24:08 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 24 | 173.171.85.217 | 2011-12-14 23:54:46 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 25 | 173.65.176.190 | 2011-12-29 04:59:04 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 26 | 173.78.103.177 | 2011-12-19 08:16:58 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 27 | 173.78.188.90 | 2011-12-15 05:36:41 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |

| Doe 28 | 173.78.32.66    | 2011-12-23 10:29:04 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 29 | 174.48.115.74   | 2012-01-01 06:38:21 -0500 | Comcast Cable             | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 30 | 174.48.123.13   | 2012-01-03 05:24:33 -0500 | Comcast Cable             | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 31 | 174.48.219.231  | 2011-12-21 17:57:44 -0500 | Comcast Cable             | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 32 | 174.58.250.149  | 2011-12-15 05:52:42 -0500 | Comcast Cable             | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 33 | 174.58.251.158  | 2011-12-20 06:07:47 -0500 | Comcast Cable             | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 34 | 174.58.90.122   | 2012-01-03 20:47:36 -0500 | Comcast Cable             | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 35 | 174.61.54.242   | 2011-12-20 08:03:59 -0500 | Comcast Cable             | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 36 | 174.61.8.30     | 2012-01-14 12:04:24 -0500 | Comcast Cable             | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 37 | 174.61.81.156   | 2011-12-31 21:28:09 -0500 | Comcast Cable             | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 38 | 174.63.130.37   | 2012-01-14 23:29:54 -0500 | Comcast Cable             | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 39 | 184.246.51.89   | 2011-12-23 16:34:15 -0500 | Sprint PCS                | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 40 | 184.91.249.131  | 2012-01-15 00:59:43 -0500 | Road Runner               | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 41 | 24.110.72.238   | 2011-12-17 07:16:51 -0500 | EarthLink                 | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 42 | 24.110.84.53    | 2011-12-14 23:47:09 -0500 | EarthLink                 | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 43 | 24.127.224.218  | 2012-01-02 03:17:12 -0500 | Comcast Cable             | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 44 | 24.129.28.96    | 2011-12-20 23:05:27 -0500 | Comcast Cable             | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 45 | 24.129.37.7     | 2011-12-22 06:11:22 -0500 | Comcast Cable             | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 46 | 24.129.55.118   | 2011-12-15 17:08:03 -0500 | Comcast Cable             | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 47 | 24.129.73.204   | 2011-12-20 07:15:53 -0500 | Comcast Cable             | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 48 | 24.129.81.36    | 2011-12-29 05:47:10 -0500 | Comcast Cable             | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 49 | 24.26.11.188    | 2012-01-03 21:05:32 -0500 | Road Runner               | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 50 | 24.26.13.90     | 2011-12-16 19:55:48 -0500 | Road Runner               | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 51 | 24.26.47.105    | 2011-12-21 10:30:54 -0500 | Road Runner               | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 52 | 24.92.210.5     | 2011-12-16 03:52:57 -0500 | Road Runner               | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 53 | 24.92.211.21    | 2012-01-03 04:24:39 -0500 | Road Runner               | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 54 | 50.128.169.64   | 2011-12-17 03:52:11 -0500 | Comcast Cable             | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 55 | 65.32.175.247   | 2011-12-24 03:53:13 -0500 | Road Runner               | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 56 | 65.33.174.104   | 2011-12-20 16:24:09 -0500 | Road Runner               | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 57 | 65.34.204.247   | 2011-12-20 23:52:02 -0500 | Comcast Cable             | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 58 | 65.34.230.80    | 2011-12-29 21:20:22 -0500 | Comcast Cable             | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 59 | 65.34.91.185    | 2011-12-17 23:51:11 -0500 | Road Runner               | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 60 | 65.34.92.104    | 2012-01-01 01:38:12 -0500 | Road Runner               | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 61 | 65.34.94.185    | 2012-01-02 18:14:53 -0500 | Road Runner               | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 62 | 65.34.94.45     | 2011-12-29 19:23:15 -0500 | Road Runner               | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 63 | 65.35.225.182   | 2012-01-03 12:39:22 -0500 | Road Runner               | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |

| Doe 64 | 66.176.253.114 | 2011-12-29 10:49:32 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| --- | --- | --- | --- | --- | --- |
| Doe 65 | 66.176.6.155 | 2011-12-17 20:53:43 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 66 | 66.177.18.20 | 2011-12-28 15:52:42 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 67 | 66.177.198.213 | 2011-12-17 17:53:00 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 68 | 67.190.196.14 | 2012-01-11 01:30:47 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 69 | 67.8.149.74 | 2011-12-24 09:06:02 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 70 | 68.1.87.195 | 2011-12-30 18:14:52 -0500 | COX COMMUNICATIONS | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 71 | 68.14.180.13 | 2011-12-18 21:02:29 -0500 | COX COMMUNICATIONS | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 72 | 68.200.11.114 | 2011-12-28 01:41:12 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 73 | 68.200.132.143 | 2011-12-15 15:28:16 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 74 | 68.200.16.209 | 2012-01-02 20:16:11 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 75 | 68.200.201.235 | 2012-01-02 19:04:15 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 76 | 68.200.28.186 | 2011-12-23 06:53:14 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 77 | 68.202.181.141 | 2012-01-01 09:40:07 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 78 | 68.205.163.252 | 2011-12-30 05:14:29 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 79 | 68.207.236.22 | 2011-12-23 09:01:40 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 80 | 68.34.151.220 | 2011-12-18 16:39:19 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 81 | 68.42.52.17 | 2011-12-20 01:16:43 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 82 | 68.47.155.185 | 2011-12-19 12:57:24 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 83 | 68.56.125.34 | 2012-01-15 06:41:29 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 84 | 68.56.210.51 | 2011-12-22 23:06:37 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 85 | 68.62.246.46 | 2011-12-31 07:17:58 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 86 | 69.246.174.103 | 2011-12-20 06:53:00 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 87 | 69.254.117.252 | 2011-12-20 18:42:21 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 88 | 69.254.32.209 | 2011-12-27 09:15:42 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 89 | 70.126.237.175 | 2012-01-15 16:49:22 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 90 | 70.127.247.164 | 2012-01-15 23:04:07 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 91 | 70.191.166.37 | 2011-12-30 21:23:32 -0500 | COX COMMUNICATIONS | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 92 | 70.191.240.10 | 2011-12-22 01:13:24 -0500 | COX COMMUNICATIONS | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 93 | 71.100.157.55 | 2012-01-04 13:19:08 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 94 | 71.180.103.127 | 2011-12-18 16:12:17 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 95 | 71.180.177.195 | 2012-01-15 00:24:08 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 96 | 71.180.252.181 | 2011-12-18 00:10:41 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 97 | 71.180.58.120 | 2011-12-28 02:28:58 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 98 | 71.196.77.6 | 2012-01-03 18:14:49 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 99 | 71.199.213.185 | 2012-01-13 12:13:20 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |

| Doe 100 | 71.199.222.26 | 2012-01-04 11:30:49 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
|---|---|---|---|---|---|
| Doe 101 | 71.203.102.206 | 2011-12-20 02:26:48 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 102 | 71.203.38.220 | 2011-12-17 06:04:54 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 103 | 71.203.38.87 | 2012-01-14 13:13:56 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 104 | 71.251.115.210 | 2011-12-17 13:42:37 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 105 | 71.42.48.192 | 2012-01-12 21:14:47 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 106 | 71.57.146.94 | 2011-12-18 12:03:49 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 107 | 71.99.192.96 | 2012-01-15 23:04:08 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 108 | 72.184.132.122 | 2011-12-23 00:28:52 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 109 | 72.184.35.62 | 2011-12-18 09:35:33 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 110 | 72.184.52.165 | 2012-01-15 22:38:47 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 111 | 72.186.123.251 | 2011-12-16 18:31:35 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 112 | 72.186.166.225 | 2011-12-15 01:09:44 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 113 | 72.188.42.62 | 2012-01-03 21:48:18 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 114 | 72.189.129.28 | 2011-12-22 11:18:13 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 115 | 72.189.188.130 | 2011-12-29 13:15:49 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 116 | 72.189.188.20 | 2011-12-21 21:14:39 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 117 | 72.213.206.166 | 2011-12-17 14:26:09 -0500 | COX COMMUNICATIONS | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 118 | 72.77.222.25 | 2011-12-29 11:36:44 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 119 | 72.91.226.174 | 2011-12-24 12:22:10 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 120 | 75.204.141.123 | 2011-12-25 20:00:09 -0500 | Cellco Partnership DBA Verizon Wireless | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 121 | 75.204.223.41 | 2011-12-23 14:47:58 -0500 | Cellco Partnership DBA Verizon Wireless | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 122 | 75.74.185.30 | 2011-12-25 07:12:21 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 123 | 75.74.81.150 | 2011-12-23 15:59:37 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 124 | 75.76.153.212 | 2012-01-10 22:29:33 -0500 | Knology | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 125 | 75.76.45.75 | 2011-12-21 17:50:53 -0500 | Knology | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 126 | 76.101.130.187 | 2012-01-13 03:14:11 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 127 | 76.106.242.175 | 2011-12-15 12:07:05 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 128 | 76.108.3.160 | 2011-12-29 20:56:53 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 129 | 76.108.78.42 | 2011-12-30 21:55:50 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 130 | 76.109.29.134 | 2011-12-21 21:10:20 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 131 | 76.111.254.193 | 2011-12-18 12:59:37 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 132 | 76.18.212.8 | 2011-12-18 04:04:06 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 133 | 76.18.43.151 | 2012-01-11 15:08:04 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 134 | 96.252.155.213 | 2012-01-14 23:54:55 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 135 | 96.252.193.134 | 2011-12-23 01:54:31 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |

| Doe 136 | 96.254.25.79    | 2011-12-31 03:00:39 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 137 | 96.254.93.94    | 2012-01-01 01:40:33 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 138 | 97.100.137.192  | 2011-12-15 22:57:23 -0500 | Road Runner    | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 139 | 97.100.203.70   | 2012-01-02 20:19:16 -0500 | Road Runner    | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 140 | 97.100.208.233  | 2012-01-11 10:56:24 -0500 | Road Runner    | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 141 | 97.101.166.221  | 2011-12-15 17:51:54 -0500 | Road Runner    | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 142 | 97.101.17.114   | 2011-12-29 23:04:49 -0500 | Road Runner    | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 143 | 97.101.210.80   | 2012-01-01 14:12:20 -0500 | Road Runner    | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 144 | 97.102.163.159  | 2011-12-19 00:04:31 -0500 | Road Runner    | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 145 | 97.102.186.168  | 2011-12-18 00:22:21 -0500 | Road Runner    | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 146 | 97.102.81.25    | 2012-01-15 23:04:07 -0500 | Road Runner    | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 147 | 97.103.178.55   | 2011-12-22 21:59:46 -0500 | Road Runner    | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 148 | 97.103.185.205  | 2011-12-21 14:30:02 -0500 | Road Runner    | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 149 | 97.104.198.211  | 2011-12-18 19:16:39 -0500 | Road Runner    | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 150 | 97.78.29.180    | 2011-12-23 08:09:55 -0500 | Road Runner    | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 151 | 97.97.178.71    | 2011-12-20 08:16:53 -0500 | Road Runner    | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 152 | 97.97.41.119    | 2011-12-29 07:39:32 -0500 | Road Runner    | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 153 | 98.208.209.238  | 2011-12-17 07:09:48 -0500 | Comcast Cable  | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 154 | 98.211.172.156  | 2011-12-22 20:32:11 -0500 | Comcast Cable  | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 155 | 98.219.106.217  | 2011-12-20 15:16:17 -0500 | Comcast Cable  | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 156 | 98.230.36.117   | 2011-12-16 12:44:25 -0500 | Comcast Cable  | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 157 | 98.230.40.69    | 2012-01-02 14:17:44 -0500 | Comcast Cable  | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 158 | 98.231.28.21    | 2011-12-15 02:07:44 -0500 | Comcast Cable  | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 159 | 98.231.44.77    | 2011-12-17 00:22:53 -0500 | Comcast Cable  | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 160 | 98.238.124.15   | 2011-12-21 23:57:12 -0500 | Comcast Cable  | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 161 | 98.242.174.24   | 2011-12-20 03:10:38 -0500 | Comcast Cable  | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 162 | 98.244.235.119  | 2012-01-12 22:49:56 -0500 | Comcast Cable  | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 163 | 98.249.222.160  | 2011-12-19 12:27:08 -0500 | Comcast Cable  | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 164 | 98.254.108.54   | 2012-01-13 23:23:01 -0500 | Comcast Cable  | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 165 | 98.254.240.2    | 2011-12-16 17:21:13 -0500 | Comcast Cable  | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 166 | 98.254.36.208   | 2011-12-22 14:44:56 -0500 | Comcast Cable  | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 167 | 98.254.5.154    | 2011-12-17 23:59:49 -0500 | Comcast Cable  | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 168 | 98.254.86.25    | 2011-12-30 22:59:56 -0500 | Comcast Cable  | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |